HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
Linda.allison@fd.org

Attorney for Defendant
BERNADETTE GLEASON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:18-CR-00050-AC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL CONFIRMATION HEARING AND TRIAL DATES |
| v. | |
| BERNADETTE GLEASON, | DATE: April 30, 2018 |
| | TIME: 9:00 a.m. |
| Defendant. | JUDGE: Hon. Allison Claire |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Erica L. Anderson, Special Assistant U.S. Attorney, attorney for Plaintiff, and Heather E. Williams, Federal Defender, through Assistant Federal Defender, Linda C. Allison, attorneys for defendant Bernadette Gleason as follows:

1. By previous order, this Court scheduled a trial confirmation hearing for April 30, 2018 at 9:00 a.m. and a jury trial for May 21, 2018 at 9:00 a.m., and excluded time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., between March 13, 2018 and May 21, 2018 pursuant to Local Code T4.

2. By this Stipulation, the parties move to continue the trial confirmation hearing to July 17, 2018 at 2:00 p.m. and the jury trial to August 21, 2018 at 9:00 a.m., and to exclude time between May 21, 2018 and August 21, 2018, under Local Code T4.

-1-

3. The parties agree and stipulate, and request that the Court find the following:

    a. At present date, defendant is unavailable to assist defense counsel in trial preparation due to scheduled medical procedures.

    b. A new certified law clerk will be joining the defense counsel team in May 2018.

    c. Counsel for defendant believes that the failure to grant the above-requested continuance would deny defendant reasonable time for effective trial preparation and continuity of counsel.

    d. The United States does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

    f. For the purpose of computing time under the Speedy Trial Act, within which trial must commence, the time period of May 21, 2018 to August 21, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

                                                            Respectfully submitted,

Dated: April 23, 2018                        HEATHER E. WILLIAMS
                                                         Federal Defender

                                                         /s/ *Linda Allison*
                                                         LINDA ALLISON
                                                         Assistant Federal Defender
                                                         Attorney for Defendant
                                                         BERNADETTE GLEASON

Dated: April 23, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ *Erica L. Anderson*
ERICA L. ANDERSON
Special Assistant U.S. Attorney
Attorney for Plaintiff

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the trial confirmation hearing currently set for April 30, 2018 at 9:00 a.m. be continued to July 17, 2018 at 2:00 p.m. It is further ordered that the jury trial date currently set for May 21, 2018 at 9:00 a.m. be continued to August 21, 2018 at 9:00 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 21, 2018 to August 21, 2018, , inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: April 24, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE