| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA C. ALLISON, #179741 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Linda.allison@fd.org |
| 5 | |
| | Attorney for Defendant |
| 6 | BERNADETTE GLEASON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:18-cr-00050-AC |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO VACATE TRIAL CONFIRMATION |
| v. | ) | HEARING AND JURY TRIAL AND SET FOR |
| | ) | CHANGE OF PLEA AND SENTENCING |
| BERNADETTE GLEASON, | ) | |
| | ) | DATE: July 17, 2018 |
| Defendant. | ) | TIME: 2:00 p.m. |
| | ) | JUDGE: Hon. Allison Claire |
| | ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Erica Anderson, Special Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Linda Allison, attorney for Bernadette Gleason that the court vacate the trial confirmation hearing currently set for July 17, 2018 at 2:00 p.m. and the jury trial currently set for August 21, 2018 at 9:00 a.m. and set a change of plea/sentencing for August 6, 2018 at 9:00 a.m.

The parties also agree that the ends of justice served by granting defendant's request for a continuance outweighs the best interest of the public and the defendants in a speedy trial, counsel needs additional time to review and discuss the plea negotiations with her client, to conduct a further investigation and discuss plea negotiations with the government.

Additionally, the parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through August 6, 2018, for defense preparation and investigation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4]. Therefore, the parties are in agreement to set a change of plea/sentencing hearing on August 6, 2018.

Speedy trial time is to be excluded from the date of this order through the date of the change of please hearing set for August 6, 2018 pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

Respectfully submitted,

Dated: July 16, 2018

HEATHER E. WILLIAMS
Federal Defender

/s/ *Linda Allison*
LINDA ALLISON
Assistant Federal Defender
Attorney for Defendant
BERNADETTE GLEASON

Dated: July 16, 2018

MCGREGOR W. SCOTT
United States Attorney

/s/ *Erica Anderson*
ERICA ANDERSON
Special Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that the trial confirmation hearing currently set July 17, 2018 at 2:00 p.m. and the trial date currently set for August 21, 2018 at 9:00 a.m. be vacated, and that a change of plea and sentencing date be set for August 6, 2018 at 9:00am.

The Court orders that the time from the date of the parties' stipulation, July 16, 2018, up to and including August 6, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) T4 [reasonable time for counsel to prepare] (Local Code T4).

IT IS SO ORDERED.

Dated: July 16, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE